Robert W. Shely, #014261
Gregory B. Iannelli, #026549
BRYAN CAVE LLP, #145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GERALYN PHILLIPS,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CITY BANK OF INDIANA FIRST FRANKLIN DIVISION, NATIONAL CITY HOME LOAN SERVICES, INC., FIRST FRANKLIN FINANCIAL CORPORATION, FIRST HORIZON HOME LOAN CORPORATION, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that defendants National City Bank of Indiana First Franklin Division, National City Home Loan Services Inc., First Franklin Financial Corporation, First Horizon Home Loan Corporation, and Mortgage Electronic Registration Systems Inc. hereby remove to this Court an action pending in the Arizona Superior Court (No. CV2009-054292) pursuant to 28 U.S.C. § 1331 for the reasons set out below:

1.      On October 29, 2009, Plaintiff Geralyn Phillips filed an action in the Superior Court of the State of Arizona, Maricopa County, entitled Phillips v. National City Bank of

656332.1

Indiana First Franklin Division et al., No. CV2009-054292 (Ariz. Super. Ct. filed Oct. 29, 2009).

2. Removal of this action is proper because Plaintiff alleges causes of action under 15 U.S.C. § 1601 et seq. (the Truth in Lending Act) and 12 U.S.C. § 2601 et seq. (the Real Estate Settlement Procedures Act).

3. A true and correct copy of the complaint, with attachments, as filed with the Maricopa County Superior Court, is attached hereto as Exhibit A.

4. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

5. National City Bank of Indiana First Franklin Division, National City Home Loan Services Inc., First Franklin Financial Corporation, First Horizon Home Loan Corporation, and Mortgage Electronic Registration Systems Inc. have served a copy of this Notice of Removal on Plaintiff in accordance with 28 U.S.C. § 1446(d).

6. A copy of the Notice of Removal to Federal Court has been filed with the Superior Court Clerk of Maricopa County in accordance with 28 U.S.C. § 1446(d), and attached hereto as Exhibit B.

7. This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in accordance with 28 U.S.C. § 1446(a).

DATED this 30th day of November, 2009.

BRYAN CAVE LLP

By   /s/ Greg Iannelli
     Robert W. Shely
     Gregory B. Iannelli
     Two North Central Avenue, Suite 2200
     Phoenix, Arizona 85004-4406

     Attorneys for Defendants

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1 | COPY of the foregoing electronically filed and served on parties using the CM/ECF System this 30th day of November, 2009.

COPY of the foregoing mailed this 30th day of November, 2009, to:

Beth K. Findsen
LAW OFFICES OF BETH K. FINDSEN, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
(480) 584-6664
beth@findsenlaw.com
Attorney for Plaintiff

/s/  Amy Robinson

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

656332.1                              3